UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 98-6166

_____

JACK J. WARREN,

Plaintiff - Appellant,

versus

DAVID J. MARTAIN; ROGER RHODES; THOMAS BURNS;
JACKSON COUNTY COMMISSIONERS, the above named
defendants are sued in both their individual
and official capacity; JACKSON COUNTY SHER-
IFF'S DEPARTMENT; SOUTH CENTRAL REGIONAL JAIL
(Medical Department); WILLIAM C. DUNCIL, War-
den; ROY WHITE, Executive Medical Director;
MOOSA KASMET, Medical Doctor; CORRECTIONAL
MEDICAL SERVICE; ARAMARK; DEPARTMENT OF
CORRECTIONS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Parkersburg.  Charles H. Haden II, Chief
District Judge.  (CA-97-481-6)

_____

Submitted:  August 13, 1998          Decided:  September 1, 1998

_____

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

Jack J. Warren, Appellant Pro Se.  Paul Reed Cassell, STEPTOE & JOHNSON, Charleston, West Virginia; Chad Marlo Cardinal, Assistant Attorney General, Darrell V. McGraw, Jr., OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia; Leslie K. Kiser, WEST VIRGINIA DEPARTMENT OF CORRECTIONS, Charleston, West Virginia; Mark Sheridan Brennan, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jack J. Warren appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Warren v. Martain</u>, No. CA-97-481-6 (S.D.W. Va. Jan. 9, 1998). Warren's motion to file a pro se appendix is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>